

| | | | |
|---|---|---|---|
| P.N., In re [16] | 06/01/2016839 MAL (2015) | Denied | Pa.Super., 134 A.3d 110 |
| Randall v. Adelberg Rudow Dorf & Hendler, LLC. | 06/02/201622 MAL (2016) | Denied | Pa.Super., 135 A.3d 654 |
| Reifer v. Westport Ins. Co. [17] | 05/24/2016979 MAL (2015) | Denied | Pa.Super., 134 A.3d 500 |
| Tuzzato v. Tuzzato | 05/02/2016780 MAL (2015) | Denied | Pa.Super., 133 A.3d 72 |
| Vensko v. Encompass Home and Auto Ins. Co. | 05/02/2016407 WAL (2015) | Denied | Pa.Super., 133 A.3d 68 |
| Wright v. Misty Mountain Farm, LLC | 06/15/201638 MAL (2016) | Denied | Pa.Super., 125 A.3d 814 |

| | | | |
|---|---|---|---|
| Com. v. Eckenrode | 06/15/201686 WAL (2016) | Denied | Pa.Cmwlth., 130 A.3d 163 |
| Dauphin County Indus. Development Authority v. Pennsylvania Public Utility Com'n; Pennsylvania Public Utility Com'n, In re; PPL Elec., Utilities, Inc., In re | 06/01/2016904, 905 MAL (2015) | Denied | Pa.Cmwlth., 123 A.3d 1124 |
| Ferrone v. Onorato | 05/02/2016395 WAL (2015) | Denied | Pa.Cmwlth., 118 A.3d 495 |

16. Justice WECHT did not participate in the consideration or decision of this matter.

17. Justice WECHT did not participate in the consideration or decision of this matter.